IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN WILLIAM LYLE,

Plaintiff,

v.

CITY OF MENLO PARK; MENLO PARK POLICE; BOB JENSEN; SERGEANT PAUCH; OFFICER POWELL;

Defendants.

No. C 19-4215 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil rights action filed under 42 U.S.C. § 1983 by a county jail inmate proceeding pro se. The complaint was dismissed with leave to amend. On December 2, 2019, the postal service returned the Order as undeliverable because plaintiff was not located at the address he provided. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: March 9, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE